IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:16-CV-00066-D

| | | |
|---|---|---|
| ESTATE OF MUSTAFA R. HOLLEY<br>Through its Administrator<br>D. Stella Knight, | ) ) ) ) | |
| Plaintiff, | ) ) ) | ENTRY OF DEFAULT |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant,<br>Third Party Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| TREVON MOORE, | ) ) | |
| Third Party Defendant. | ) | |

Upon motion, request, and proper showing by attorney for the Defendant and Third Party Plaintiff, United States of America, the above-named Third Party Defendant, Trevon Moore, having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against said Third Party Defendant.

This 1st day of August, 2017.

_____
Peter A. Moore, Clerk
United States District Court